BE-EM-EF, INCORPORATED, Respondent, v. NO. 64 ALBANY AVENUE COMPANY, INC., Appellant.— *Motion granted, without costs, to the extent of striking out the words " on payment of costs."* Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ. Settle order on notice.

THE CITY OF NEW YORK, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

SAYDE COHEN, Appellant, v. BARNEY COHEN REALTY COMPANY, INC., Respondent.— Motion for stay granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

ANNE S. DODD, Respondent, v. ROBERT W. BOENIG, Appellant.— Motion denied on condition that the case be placed on the calendar for the October term, 1921, and argued when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

RICHARD J. EMERICK, Respondent, v. JOHN F. HAVEMEYER, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

FOX FILM CORPORATION, Respondent, v. STUARD HIRSCHMAN and Others, Appellants. THE CITY OF NEW YORK, Defendant.— Motions denied, without costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

PAULINE GOLDMAN, Respondent, v. PHILIP SASLOV, Appellant.— Motion for stay pending the decision on the appeal granted, except that the case may be noticed for the October Orange County Trial Term, upon condition that the appeal is perfected and placed on our calendar for Tuesday, October 4, 1921. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ. Settle order on notice.

FRANK GUARINO, as Administrator, etc., Respondent, v. PECK SLIP AUTO TRUCKING COMPANY, INC., Appellant.— *Motion denied on condition that appellant file within ten days a surety company undertaking to pay the judgment in case it is affirmed; otherwise, motion granted, with ten dollars costs.* Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ. Settle order on notice.

HENRY W. HAMBURGER, etc., Respondent, v. PAUL RABKIN and SOL RUBMAN, Appellants. — Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.